UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GWENDOLYN MAYS,

                       Plaintiff,

           -against-

JO ANNE BARNHART,

                       Defendants.
------------------------------------------------------------------x

**ORDER**
04 Civ. 4511 (HB)

**Hon. HAROLD BAER, JR., District Judge:**

      This case having been pending for over 14 months and all presently contemplated proceedings having been completed, and there having been no action herein for over 10 months, there appears to be no reason to maintain an open file and, unless I hear to the contrary within the week (i.e. by September 6, 2005), the case is DISMISSED with prejudice; and,

      The Clerk of the Court is instructed to close this case and remove it from my docket.

**SO ORDERED.**

New York, New York
August 29, 2005

                                                      U.S.D.J.